# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SALEEN AUTOMOTIVE, INC. and STEVE SALEEN,<br><br>Defendants. | Case No. 8:18-cv-01377-CJC-KES<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

The Stipulation of Dismissal ("Stipulation") in the above-captioned matter came before the Court on March 12, 2019. Having read and considered the Stipulation, the Court hereby GRANTS the Stipulation.

/ / /

/ / /

**IT IS HEREBY ORDERED** that Case No. 8:18-cv-01377-CJC-KES shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: March 12, 2019

_____
Hon. Cormac J. Carney
United States District Court Judge